**FEDERAL INSURANCE COMPANY,**
**an Indiana Corporation,**
**Plaintiff–Appellee,**

v.

**MASTEC, INC., a Florida Corporation,**
**Austin J. Shanfelter, Donald P. Wein-**
**stein, Arthur B. Laffer, Jorge Mas, Jr.,**
**Defendants–Appellants.**

No. 07–12451.

United States Court of Appeals,
Eleventh Circuit.

March 28, 2008.

Michael F. Perlis, Allan S. Cohen, Richard R. Johnson, Los Angeles, CA, Rebecca Jean Williams, Miami, FL, Stroock & Stroock & Lavan LLP, for Plaintiff–Appellee.

Helaine S. Goodner, James N. Hurley, Fowler White Burnett, P.A., Miami, FL, Koorosh Talieh, Robert P. Jacobs, Howrey LLP, Washington, DC, for Defendants–Appellants.

Before BIRCH, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

After a careful review of the record and the briefs of the parties and having entertained oral argument, we AFFIRM the judgment of the district court based upon the comprehensive and well-reasoned opinion of the district court dated 26 March 2007.